GO HPS LLC v Harris (2025 NY Slip Op 50378(U))

[*1]

GO HPS LLC v Harris

2025 NY Slip Op 50378(U)

Decided on March 26, 2025

Civil Court Of The City Of New York, Queens County

Guthrie, J.

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected in part through March 28, 2025; it will not be published in the printed Official Reports.

Decided on March 26, 2025
Civil Court of the City of New York, Queens County

GO HPS LLC, Petitioner,

against
Dondre Harris, Respondent.

Index No. L&T 308578/24

Opinion withdrawn from online only publication by the State Reporter. This opinion will be published in the Miscellaneous Reports. See 
2025 NY Slip Op 
25076.